**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-23438-BLOOM/McAliley**

ANDY R. FONTAINE,

    Plaintiff,

v.

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, *Mark Inch*, *et al*.,

    Defendants.

_____/

**ORDER ON JOINT NOTICE REQUESTING SETTLEMENT CONFERENCE**
**BEFORE MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon the parties' Joint Notice Requesting Settlement Conference Before Magistrate Judge, ECF No. [51] ("Motion"). Accordingly, the Motion, **ECF No. [51]**, is **GRANTED**.

This case is **REFERRED** for purposes of a settlement conference before Magistrate Judge Chris M. McAliley, to occur prior to the mediation deadline in this case. *See* ECF No. [46] (the "Scheduling Order"). The parties shall confer and jointly contact the Magistrate Judge's Chambers to schedule the settlement conference. The parties are advised that the Magistrate Judge's availability may be limited, and thus, they are encouraged to contact the Magistrate Judge's Chambers promptly in order to avoid scheduling difficulties.

The Magistrate Judge will issue an Order Scheduling Settlement Conference outlining the time and requirements for the Settlement Conference. The Settlement Conference date may not be extended without prior approval from the Magistrate Judge. Except as provided under Local Rule 16.2(e), the appearance of counsel and each party, or representatives of each party with full

Case No. 21-cv-23438-BLOOM/McAliley

authority to enter into a full and complete settlement, is mandatory. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, the parties shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 10, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Andy R. Fontaine
148904
Columbia Correctional Institution-Annex
Inmate Mail/Parcels
216 S.E. Corrections Way
Lake City, Florida 32025-2013